UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| JORGE RODRIGUEZ AND<br>MARIA RODRIGUEZ,<br><br>    Plaintiffs,<br><br>vs.<br><br><br>METROPOLITAN LLOYDS INSURANCE<br>COMPANY OF TEXAS<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>CIVIL ACTION NO.<br>2:16-cv-00050<br><br><br><br>**(JURY)** |

## JOINT REPORT REGARDING ALTERNATIVE DISPUTE RESOLUTION AND NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW Plaintiffs, Jorge Rodriguez and Maria Rodriguez, and Defendant Metropolitan Lloyds Insurance Company of Texas, and pursuant to the Court's Scheduling Order dated September 13, 2016, file this Report Regarding Alternative Dispute Resolution and Notice of Settlement.

On January 25, 2017, the parties reached an agreement to settle. Settlement documents are being drafted and will be filed with the court within thirty (30) days.

Respectfully submitted,

LAWRENCE LAW FIRM

*/s/ Michael Lawrence*
By:   Michael Lawrence
       State Bar No. 24055826
3112 Windsor Rd., Suite A234
Austin, TX  78703
956-994-0057
800-507-4152 – fax
lawrencefirm@gmail.com

**JOINT REPORT REGARDING ALTERNATIVE DISPUTE RESOLUTION – Page 1**

AND

**ATTORNEY FOR PLAINTIFFS**

STACY | CONDER | ALLEN LLP

    */s/ - Dennis D. Conder*
By:    Dennis D. Conder
        State Bar No. 04656400

901 Main Street, Suite 6200
Dallas, Texas 75202
(214) 748-5000
(214) 748-1421 FAX
conder@stacyconder.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    On the 26th day of January, 2017, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) and by the Texas Rules of Civil Procedure:

    */s/ - Dennis D. Conder*
    Dennis D. Conder

PAN/DISC/580033.1/001466.16883