UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| JORGE RODRIGUEZ AND MARIA RODRIGUEZ, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 2:16-cv-00050-AM |
| METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS | § § § § | **(JURY)** |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiffs Jorge Rodriguez and Maria Rodriguez, and Defendant Metropolitan Lloyds Insurance Company of Texas, and file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiffs are Jorge Rodriguez and Maria Rodriguez. Defendant is Metropolitan Lloyds Insurance Company of Texas.

2. Plaintiffs filed suit against Defendant arising out of a homeowners' insurance claim arising from storm damage that occurred on or about November 22, 2014.

4. Plaintiffs and Defendant have reached a compromise and settlement regarding the claims in this lawsuit. As a result, Plaintiffs desire to dismiss with prejudice all claims and causes of action asserted against Defendant. Plaintiffs and Defendant agree to this dismissal with prejudice.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is requested to be with prejudice as to Defendant Metropolitan Lloyds Insurance Company of Texas.

Respectfully submitted,

*/s/ - Dan Cartwright*
Dan Cartwright
SBN 03942500
Lory Sopchak
SBN 24076706
Cartwright Law Firm, LLP
1300 Post Oak Blvd., Suite 760
Houston, TX  77056
713-840-0950
713-840-0046 – fax
Lory@dcartwrightlaw.net

ATTORNEY FOR PLAINTIFFS

*AND*

*/s/ - Dennis D. Conder*
Dennis D. Conder
STACY | CONDER | ALLEN LLP
901 Main Street, Suite 6200
Dallas, Texas  75202
214-748-5000
214-748-1421 – fax
conder@stacyconder.com
SBN 04656400

PAN/PLDG/580578.1/001466.16883