IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
MAR 2 2 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| JORGE RODRIGUEZ AND MARIA RODRIGUEZ, <br> Plaintiffs, <br><br> v. <br><br> METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS, <br> Defendant. | § § § § § § § § § § | Civil Action No. <br> DR-16-CV-50–AM/CW |

## ORDER

On March 1, 2017, the parties filed a joint stipulation of dismissal that complies with the requirements of Rule 41(a) of the Federal Rules of Civil Procedure. (ECF No. 8.) The Court therefore **ORDERS** that all of the claims in this lawsuit be **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and expenses. The Court further **ORDERS** that a clerk's judgment shall immediately issue, terminating the present cause of action.

SIGNED this 22nd day of March, 2017.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE